IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

ROBERT A. KOCH,                                             Case No.: 24-14256
                                                            Chapter: 13

    Debtor.

_____/

**OBJECTION TO CONFIRMATION OF PLAN**

    COMES Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE II ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (Doc. No. 2) and in support thereof states:

    1.    <u>Debtor's Bankruptcy Case</u>:    This case was commenced by the filing of a voluntary Chapter 13 petition on May 17, 2024 (the "Petition Date") by Robert A. Koch (the "Debtor").

    2.    <u>Collateral</u>:    Secured Creditor holds a Deed of Trust lien against the Debtor's real property located at 44 King Richard Rd, Berlin, MD 21811 (the "Property").

    3.    <u>Secured Creditor's Claim</u>:    Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the estimated total debt is $31,752.60.

    4.    <u>Plan Treatment</u>:    Debtor's Plan fails to provide for payment of any prepetition arrearage amount to Secured Creditor.

5. <u>Income:</u> Debtor's Schedule J net income shows sufficient net income to increase the Trustee payments per month to approx $500.00 per month so that Secured Creditors can be paid something towards arrears during sale period.

6. <u>Sale of Property:</u>  Debtor's Plan mentions that Debtor plans to sell the property by on or before May 15, 2025. Regardless, Debtor's proposed Plan is wholly dependent on the sale of real property, which is speculative and circumstantial in itself. Therefore, Secured Creditor objects to the proposed Plan as it does not provide Secured Creditor with adequate assurances that the Plan can be completed as proposed.

7. <u>Secured Creditor does not Consent to the Plan:</u> Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

8. <u>Attorney's Fees and Costs:</u>  Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

9. <u>Objection:</u>  Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

                                                      McCalla Raymer Leibert Pierce, LLC

By:     */s/Linda St. Pierre*
        Linda St. Pierre
        Maryland Bar No. 22327
        Attorney for Creditor
        1544 Old Alabama Road
        Roswell, GA 30076
        Phone: 860-240-9156
        Email: Linda.St.Pierre@mccalla.com

**CERTIFICATE OF SERVICE**

I, Linda St. Pierre, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road
Roswell, GA 30076, certify:

 That I am, and at all times hereinafter mentioned, was more than 18 years of age,
 That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

<u>Debtor's Attorney</u>
Eric S. Steiner
Served via info@steinerlawgroup.com

<u>Trustee</u>
Brian A. Tucci
Served via ECF@ch13balt.com

and the following by regular U.S. Mail addressed to:

<u>Debtor</u>
Robert A. Koch
44 King Richard Rd.
Berlin, MD 21811

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on   05/23/2024         By:   /s/Linda St. Pierre
     (date)        Linda St. Pierre
             Maryland Bar No. 22327
             Attorney for Creditor