**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Salisbury Division)**

| | |
|---|---|
| In Re:<br><br>Robert A. Koch<br><br>*Debtor* | Case No.: 24-14256-DER<br>Chapter 13 |

**AFFIDAVIT OF GUY SABATINO**
**PURSUANT TO F.R. BANKR. P. 2014(a)**

I, Guy Sabatino, respectfully certify and declare:

1. I am a realtor duly licensed by the State of Maryland.

2. I am familiar with the Debtor's application and the property described therein and believe that I am duly qualified to represent the Debtor and the estate in connection with the marketing and sale of said property, and I agree to accept employment on the terms and conditions set forth in the Debtor's application.

3. To the best of my knowledge, I do not have any connection with the Debtor's attorneys, and accountants if any. In all other respects, to the best of my knowledge, I do not have any connection with the Trustee, creditors, any other party in interest, or their respective attorneys and accountants, and with the United States Trustee or with any person employed in the Office of the United States Trustee within the meaning of 11 U.S.C. 101(14). Furthermore, I do not hold or represent an interest materially adverse to either the Debtor or the bankruptcy estate with respect to the matter in which I am to be employed.

(Signature page below)

I declare under the penalties of perjury that the contents of the foregoing Affidavit are true and correct.

Executed this 25th day of June, 2024.

/s/ Guy Sabatino
Guy Sabatino
Long and Foster Home Realty
1312 Bellona Ave Suite 200
Lutherville, MD 21093
*Proposed Realtor for the Debtor*