IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Salisbury Division)

| | |
|---|---|
| In Re:<br><br>Robert A. Koch<br><br>*Debtor* | Case No.: 24-14256-DER<br>Chapter 13 |

**ORDER AUTHORIZING EMPLOYMENT OF, COMPENSATION**
**TO, AND DISBURSEMENT OF COMPENSATION TO, REALTOR**

Upon consideration of the application of the Debtor for authority to employ and compensate Guy Sabatino to sell the real property located at 44 King Richard Rd., Berlin, MD 21811, and the accompanying Affidavit pursuant to F. R. Bankr. P. 2014(a), it appearing to this Court that is duly qualified to represent the Debtor in regard to the selling the Property, with the Court being satisfied that does not hold or represent an interest materially adverse to either the Debtor or the bankruptcy estate with respect to the matter said realtor is to be employed and that the employment of as a realtor is necessary and would be in the best interest of the Debtor, the bankruptcy estate, and his creditors, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor's Application for Authorization to Employ, Compensate and Disburse Compensation to Realtor be, and hereby is, **APPROVED**; and it is further,

**ORDERED**, that the Debtor be, and hereby is, authorized to employ Guy Sabatino to sell the real property located at 44 King Richard Rd., Berlin, MD 21811, pursuant to all terms and conditions contained in the application, and it is further,

**ORDERED**, that Guy Sabatino be, and hereby is, allowed compensation in the amount of five percent (5%) of the gross sales price payable solely from the proceeds of sale of any sale procured by said realtor as either a broker or co-broker upon consummation of an unconditional settlement of the aforesaid real property, with said approval subject solely to the disposition of objections, if any, filed in response to any notice of proposed sale which discloses the amount of compensation proposed to be paid to said realtor, and it is further,

**ORDERED**, that the Debtor be, and hereby is, authorized to disburse an amount equal to five percent (5%) of the gross sales price to said realtor as and for compensation without further order of court, with the said disbursement payable solely from the proceeds of sale of any sale procured by said realtor as either a broker or co-broker upon consummation of an unconditional settlement of the aforesaid real property, with said authorization subject solely to the disposition of objections, if any, filed in response to any notice of proposed sale which discloses the amount of compensation proposed to be paid to said realtor, with total compensation paid hereunder not to exceed five percent (5%) of the gross sales price.

cc:   Debtor
    Debtor's Counsel
    Chapter 13 Trustee

    Guy Sabatino
    Long and Foster Home Realty
    1312 Bellona Ave Suite 200

    U.S. Trustee

**END OF ORDER**