UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                                            Chapter 13
    Robert A. Koch                                Case No. 24-14256-DER

    Debtor

_____

## NOTICE OF APPEARANCE

Please take notice that Orlans PC has been retained as Attorney for Creditor, M&T Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  July 15, 2024

                                                       Respectfully submitted,

                                                       <u>/s/ Anthony Wayne Hood II</u>
                                                       A Wayne. Hood II, Bar #21176
                                                       James E. Clarke, Bar #15153
                                                       Elizabeth M. Abood-Carroll, Bar #20631
                                                       Paul J. Moran, Bar #19595
                                                       Orlans PC
                                                       PO Box 2548
                                                       Leesburg, VA 20177
                                                       (703) 777-7101
                                                       Attorneys for M&T Bank
                                                       whood@orlans.com
                                                       jclarke@orlans.com
                                                       eabood-carroll@orlans.com
                                                       pmoran@orlans.com

**CERTIFICATE OF SERVICE**

The undersigned states that on July 15, 2024, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
ECF@ch13balt.com
*Bankruptcy Trustee*

Eric Steiner
Steiner Law Group, LLC
PO Box 17598
Pmb 83805
Baltimore, MD 21297
eric@steinerlawgroup.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Robert A. Koch
44 King Richard Rd.
Berlin, MD 21811
*Debtor*

/s/ Anthony Wayne Hood II
A Wayne. Hood II, Esquire
James E. Clarke, Esquire
Elizabeth M. Abood-Carroll, Esquire
Paul J. Moran, Esquire