United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-14256-DER |
| Robert A. Koch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2024 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A. Koch, 44 King Richard Rd., Berlin, MD 21811-1669 |
| r | + | Guy Sabatino, Long & Foster Home Realty, 1312 Bellona Ave, Ste 200, Lutherville, MD 21093-5464 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 29 2024 19:09:00 | Office of the US trustee, 101 W Lombard St, Ste 2650, Baltimore MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2024            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Wayne Hood | ANHSOrlans@InfoEx.com  ANHSOrlans@InfoEx.com |
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

District/off: 0416-1 User: admin Page 2 of 2
Date Rcvd: Jul 29, 2024 Form ID: pdfall Total Noticed: 3

Eric S. Steiner
    info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email

Linda St. Pierre
    linda.st.pierre@mccalla.com  mccallaecf@ecf.courtdrive.com,Linda.St.Pierre@mccalla.com

TOTAL: 5



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Salisbury Division)

In Re:

Robert A. Koch

*Debtor*

Case No.: 24-14256-DER
Chapter 13

**ORDER AUTHORIZING EMPLOYMENT OF, COMPENSATION
TO, AND DISBURSEMENT OF COMPENSATION TO, REALTOR**

Upon consideration of the application of the Debtor for authority to employ and compensate Guy Sabatino to sell the real property located at 44 King Richard Rd., Berlin, MD 21811, and the accompanying Affidavit pursuant to F. R. Bankr. P. 2014(a), it appearing to this Court that is duly qualified to represent the Debtor in regard to the selling the Property, with the Court being satisfied that does not hold or represent an interest materially adverse to either the Debtor or the bankruptcy estate with respect to the matter said realtor is to be employed and that the employment of as a realtor is necessary and would be in the best interest of the Debtor, the bankruptcy estate, and his creditors, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor's Application for Authorization to Employ, Compensate and Disburse Compensation to Realtor be, and hereby is, **APPROVED**; and it is further,

**ORDERED**, that the Debtor be, and hereby is, authorized to employ Guy Sabatino to sell the real property located at 44 King Richard Rd., Berlin, MD 21811, pursuant to all terms and conditions contained in the application, and it is further,

**ORDERED**, that Guy Sabatino be, and hereby is, allowed compensation in the amount of five percent (5%) of the gross sales price payable solely from the proceeds of sale of any sale procured by said realtor as either a broker or co-broker upon consummation of an unconditional settlement of the aforesaid real property, with said approval subject solely to the disposition of objections, if any, filed in response to any notice of proposed sale which discloses the amount of compensation proposed to be paid to said realtor.

cc:     Debtor
        Debtor's Counsel
        Chapter 13 Trustee

        Guy Sabatino
        Long and Foster Home Realty
        1312 Bellona Ave Suite 200

        U.S. Trustee

**END OF ORDER**